UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  **CV 20-9860-MWF (MAAx)**          Date:  **March 2, 2021**
Title:    William Robert Norrie v. John O'Gorman

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION

    Pro se Plaintiff William Robert Norrie initiated this action against Defendant John O'Gorman on October 27, 2020, for breach of contract, fraud, and malicious prosecution.  (*See generally* Complaint (Docket No. 1)).  Plaintiff has yet to serve the Complaint on Defendant.  On January 7, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution (the "Lack of Prosecution OSC").  (Docket No. 11).

    Plaintiff filed a response to the Lack of Prosecution OSC on January 22, 2021, requesting an extension of time to serve Defendant.  (Docket No. 13).  The Court granted Plaintiff's request for an extension of time to serve the Complaint on Defendant, requiring service to be completed on or before March 2, 2021 (the "February 2, 2021 Order").  (Docket No. 14).  The Court also ordered Plaintiff to show cause, in writing, on or before March 2, 2021, why this action should not be dismissed for lack of subject-matter jurisdiction (the "Jurisdiction OSC").  (*Id.*).

    Plaintiff filed a response to the Jurisdiction OSC on February 22, 2021 (the "Response").  (Docket No. 15).  In the Response, Plaintiff asserted that this Court has jurisdiction over this action because Plaintiff is prepared to file an amended complaint alleging claims arising under federal law, specifically:  (1) obstruction of justice, 18 U.S.C. § 1503, (2) bankruptcy fraud, 18 U.S.C. § 152; (3) malicious prosecution, 18 U.S.C. § 1503.  (Response at 6-9).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  **CV 20-9860-MWF (MAAx)**          Date:  **March 2, 2021**
Title:      William Robert Norrie v. John O'Gorman

District courts have original federal question jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  An action "arises under" federal law only if the federal question appears on the face of the complaint.  *Fed. Nat'l Mortg. Ass'n v. Lopez*, No. C 11-00451 WHA, 2011 WL 1465678, at *1 (N.D. Cal. Apr. 15, 2011) (citing *Takeda v. Northwestern Nat'l Life Ins. Co.,* 765 F.2d 815, 821-22 (9th Cir. 1985)).

Even if this Court were to grant Plaintiff leave to file an amended complaint, the Court would dismiss the action for lack of subject-matter jurisdiction.  Plaintiff cites exclusively to criminal statutes that do not provide Plaintiff with a private right of action.  *See, e.g.*, *Kraft v. Old Castle Precast Inc*., CV 15-00701-VBF, 2015 WL 4693220, at *3 (C.D. Cal. Aug. 5, 2015) ("18 U.S.C. § 1503 is a criminal statute that does not provide for a private right of action.") (citation omitted); *In re Yee*, No. AP 16-05029, 2017 WL 3300607, at *4 (B.A.P. 9th Cir. Aug. 3, 2017) ("Federal case law is replete with decisions holding there is no private right of action for violations of 18 U.S.C. § 152").  Without a private right of action arising under federal law, this Court lacks subject-matter jurisdiction over this action.

Accordingly, the action is **DISMISSED** *without prejudice*.

IT IS SO ORDERED.

The Court may not provide advice to any party, including persons who are not represented by a lawyer.  (Such persons are known as "pro se litigants.")  However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  Public Counsel's Federal Pro Se Clinic provides free legal assistance to people representing themselves in the United States District Court for the Central District of California.

The Los Angeles Pro Se Clinic is closed due to the pandemic, but is providing remote assistance via telephone and/or email.  For more information, you can call the clinic at (213) 385-2977, ext. 270, or visit the following website: tinyurl.com/fedproseclinic.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-9860-MWF (MAAx)** | Date: | **March 2, 2021** |
| Title: | William Robert Norrie v. John O'Gorman | | |

In addition, the Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

The Court's website home page is http://www.cacd.uscourts.gov.